IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH SMITH,                          No. CIV.S-06-1860 LKK DAD PS

        Plaintiff,

   v.                                   <u>FINDINGS AND RECOMMENDATIONS</u>

GLINDA PAGE, Parole Officer,
et al.,

        Defendants.
_____/

     Plaintiff is proceeding in this action pro se and in forma pauperis pursuant to 28 U.S.C. § 1915.  The matter was referred to a United States Magistrate Judge by Local Rule 72-302(c)(21) pursuant to 28 U.S.C. § 636(b)(1).

     By order filed December 20, 2006, plaintiff's complaint was dismissed and twenty days leave to file an amended complaint was granted.  The time period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

     In addition, it appears from the docket that plaintiff's copy of the order sent to his address of record was returned as

1

undeliverable.  It is the plaintiff's responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.

Accordingly, the court HEREBY RECOMMENDS that this action be dismissed without prejudice.  See L.R. 11-110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: January 17, 2007.

_Dale A. Drozd_

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
ddad1/orders.prose/smith1860.fta.nca

2